■ In the Matter of CHARLES T. McKINNEY, an Attorney and Counselor at Law, Admitted to Practice as CHARLES TALIAFERRO McKINNEY, Respondent. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Motion by respondent to vacate and set aside the order of this court dated July 6, 1976, which disbarred him from the practice of law, to permit him to answer the petition and to refer the matter to a Referee to hear and report, or in the alternative, to reinstate him to the Bar of the State of New York. Motion denied, without prejudice to renewal upon subsequent proof of respondent's further submission to psychiatric care and recovery from his adverse condition of mental health. Hopkins, J. P., Martuscello, Latham, Rabin and Gulotta, JJ., concur.

■ In the Matter of MILTON BOXER for Reinstatement to the Bar of the State of New York.—Motion by Milton Boxer, a former attorney, for renewal and reargument of his application for leave to be reinstated as an attorney and counselor at law (and in his reply affidavit he designates as a petition *de novo).* The matter is referred to the Committee on Character and Fitness to investigate, hold hearings and report on the petitioner's present character and fitness and to make recommendations on whether he presently is competent to be reinstated as an attorney and counselor at law. The present motion will be held in abeyance, pending the report. Mollen, P. J., Hopkins, Martuscello and Latham, JJ., concur.

■ In the Matter of the JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. JOSHUA S. SPARROW, Respondent.—Motion by respondent (1) for reconsideration of this court's determination made July 20, 1977 which resulted in an order of said date that directed that respondent be disbarred and his name struck from the roll of attorneys and (2) to modify the punishment by reducing same to a suspension for a period of years. Motion denied. Hopkins, J. P., Latham, Gulotta, Cohalan and Hawkins, JJ., concur.